UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NICHOLAS A. HAYS,** ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | Civil Action No. 15-14025-GAO |
| ) | |
| ) | |
| **JEFFERSON CAPITAL SYSTEMS, LLC,** ) | |
| **Defendant** ) | |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that this action is to be dismissed with prejudice, without fees or costs to either party, both parties waiving rights of appeal.

        Plaintiff, by:

        */s/Kenneth D. Quat*
        BBO#408640
        QUAT LAW OFFICES
        929 Worcester Rd.
        Framingham MA 01701
        508-872-1261
        ken@quatlaw.com

        */s/Josef C. Culik*
        BBO#672665
        CULIK LAW, P.C.
        225 Franklin St., 26th Floor
        Boston MA 02110
        617-830-1795
        jculik@culiklaw.com

Defendant, by:

*/s/Kirsten H. Smith*
SESSIONS FISHMAN NATHAN & ISRAEL, P.C.
3850 N. Causeway Blvd., Suite 200
Metairie LA 70002
504-846-7943
ksmith@sessions.legal

## Certificate of Service

I, Kenneth D. Quat, Esquire, hereby certify that on November 8, 2017, I caused copies of the foregoing document to be served by electronic mail via the Court's CM/ECF system on all registered participants, or by first class mail, postage prepaid, to all non-registered participants.

*/s/Kenneth D. Quat*